McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHUPINDER SINGH, | No. CV F 07-1818 AWI GSA |
| Plaintiff, | JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until April 14, 2008. The parties also request that the scheduling conference, currently set for March 25, 2008, be reset until sometime after the new answer date.

//
///
///
///
///
///
///
///

-1-

Case 1:07-cv-01818-AWI-GSA    Document 8    Filed 02/07/08    Page 2 of 2

Dated: February 5, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ James M. Makasian
James M. Makasian
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 14, 2008, and that the scheduling conference is reset to April 30, 2008 at 9:30 am in courtroom 10 before Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

Dated:  February 7, 2008            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

-2-